1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9
10
                           UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13
14 | UNITED STATES OF AMERICA,         )   No. CR 11-0716 WHA
                                       )
15 |       Plaintiff,                  )
                                       )
16 |       v.                          )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER EXCLUDING TIME UNDER 18**
17 | JESUS CISNEROS ALVAREZ,           )   **U.S.C. § 3161**
                                       )
18 |                                   )
           Defendant.                  )
19 |_____    )

20         On October 18, 2011, the parties in this case appeared before the Court. At that time, the

21 Court set the matter to November 8, 2011. The parties have agreed to exclude the period of time

22 between October 18, 2011 and November 8, 2011, from any time limits applicable under 18

23 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable

24 time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The

25 parties also agree that the ends of justice served by granting such an exclusion of time outweigh

26 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

27 \\\

28 \\\

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA

1  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                                    MELINDA HAAG
                                                     United States Attorney
5
6  DATED: October 19, 2011                _____/s/_____
                                                     LOWELL C. POWELL
7                                                    Special Assistant United States Attorney
8
9  DATED: October 19, 2011                _____/s/_____
                                                     DANIEL BLANK
10                                                   Attorney for JESUS CISNEROS ALVAREZ
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA

1                                                  [PROPOSED] ORDER

2       For the reasons stated above and at the October 18, 2011 hearing, the Court finds that the
3 exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 18,
4 2011 through November 8, 2011 is warranted and that the ends of justice served by the
5 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
6 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the
7 reasonable time necessary for effective preparation, taking into account the exercise of due
8 diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

10 IT IS SO ORDERED.

12 DATED: October 20, 2011.                         */s/ William Alsup*
13                                           William Alsup
                                           UNITED STATES DISTRICT JUDGE